**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| M & J General Contractors, Ltd., | ) | The Honorable Susan Pierson Sonderby |
| | ) | |
| Debtor and Debtor in Possession. | ) | Case No. 10-50271 |
| | ) | |
| | ) | Hearing: December 20, 2011 at 10:00am |

**NOTICE OF MOTION**

To:   See attached service list

PLEASE TAKE NOTICE that on **Tuesday, December 20, 2011 at 10:00 a.m.,** I shall appear before the Honorable Susan Pierson Sonderby, or any other Judge sitting in her stead, in Courtroom 642, Dirksen Federal Building, 219 S. Dearborn St., Chicago, IL 60604, and shall then and there present the **Final Application for Compensation for Professional Services and for Reimbursement of Expenses Incurred on Behalf of M & J General Contractors, Ltd, by Forrest L. Ingram P.C.,** a copy of which is enclosed and served upon you, and at which time and place you may appear and be heard.

/s/ Forrest Ingram
One of the Debtor's Attorneys

Forrest L. Ingram #3129032
FORREST L. INGRAM P.C.
79 West Monroe, Suite 900
Chicago, Illinois 60603
(312) 759-2838

**CERTIFICATE OF SERVICE**

I, Andrew Meyer, an attorney, certify that I caused a true and correct copy of the above and foregoing Notice and the document to which it refers, on all parties entitled to service at the addresses listed below, by electronic filing through CM/ECF as set forth on the attached service list or via U.S. mail, postage prepaid, at or before 5:00 p.m. on November 29, 2011.

/s/ Andrew Meyer

## Service List

### Via CM/ECF

**Office of the United States Trustee**
**Northern District of Illinois**
219 S. Dearborn St., Room 873
Chicago, IL 60604

**ABC Townson, Inc**
c/o Deutsch, Levy & Engel, Chtd
Margery Newman, Esq.
225 W. Washington Street
Suite 1700
Chicago, IL 60606

**American Express Travel Related Services Company, Inc.**
c/o Kenneth Kleppinger
Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

**John Lopez**
c/o David J Lynam
Lynam & Associates
1 North LaSalle Ste 3100
Chicago, IL 60602

**Berry Electric Contracting Co., Inc.**
c/o Joel A Schechter, ESQ
Law Offices Of Joel Schechter
53 W Jackson Blvd Ste 1522
Chicago, IL 60604

**Chesapeake Sprinkler Company**
c/o Leah V Lerman
6411 Ivy Lane Suite 200
Greenbelt, MD 20770

**Fifth Third Bank (Chicago)**
Dykema Gossett
c/o Richard Bendix/Maria Diakoumakis
10 S. Wacker Drive, Suite 2300
Chicago, IL 60606

**IFIC**
T. Scott Leo, Michael J Dudek
Leo & Weber, P.C.
1 N. LaSalle St. #3600
Chicago, IL 60602

**Environmental Alternatives, Inc.**
**Latchman Electrical Control, Inc.**
**RB Keystone**
c/o John S. Delnero
K&L Gates LLP
70 West Madison Street
Suite 3100
Chicago, IL 60602

**Nesco**
c/o Thomas V Askounis
Askounis & Darcy, PC
401 North Michigan Ave. Suite 550
Chicago, IL 60611

**Riley Electric Inc**
Kevin A Guerke
Seitz, Van Ogtrop & Green PA
222 Delaware Avenue Suite 1500
Wilmington, DE 19801

**Safeway, Inc.**
c/o David A. Newby
Coman & Anderson, PC
2525 Cabot Drive, Suite 300
Lisle, IL 60532

**A&A Masonry, ATS, Floor Systems Inc**
**Gordon Contractors Inc, Iacobini**
**Outside Limited, Overhead Door**
Brian M. Graham
Pedersen & Houpt
161 North Clark Street Suite 3100
Chicago, IL 60601

**Via U.S. Mail**

**M & J General Contractors, Ltd.**
860 Summit St., Ste 232
Elgin, Illinois 60120-0000

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| M & J General Contractors, Ltd., ) | The Honorable Susan Pierson Sonderby |
| ) | |
| Debtor and Debtor in Possession. ) | Case No. 10-50271 |
| ) | |
| ) | Hearing: November 16, 2011 at 10:00am |

**FINAL APPLICATION FOR COMPENSATION FOR PROFESSIONAL SERVICES AND FOR REIMBURSEMENT OF EXPENSES INCURRED ON BEHALF OF M & J GENERAL CONTRACTORS, LTD. BY FORREST L. INGRAM, P.C.**

Forrest L. Ingram, P.C. ("Applicant") on behalf of its attorneys, duly appointed counsel for Debtor and Debtor in Possession M & J General Contractors, Ltd. ("Debtor"), hereby makes its third application for interim compensation ("Application") pursuant to section 331 of the United States Bankruptcy Code, Federal Rule of Bankruptcy 2016, and Local Rule 607, and requests that this Honorable Court enter an order allowing compensation for legal services rendered and reimbursement of expenses incurred from June 1, 2011 through November 3, 2011. In support of this Application, Applicant states as follows:

1. On November 2, 2010, Debtor entered into an engagement agreement with Applicant for a chapter 11 case.

2. On November 10, 2010, Applicant filed, on Debtor's behalf, the petition for relief under chapter 11, Case No. 10-50271.

3. On December 1, 2010, the Court entered an order in this case allowing employment of Applicant as Debtor's attorneys, retroactive to November 10, 2010. A copy of the order is attached as **Exhibit A**.

4

4. Applicant has performed numerous legal services for the Debtor thus far in this case. Previously, Applicant has applied for and been granted a total of $92,722.01 in fees and expenses covering the dates of November 10, 2011 through May 31, 2011. Debtor has previously paid a total of $84,619.29 in fees and expenses to Applicant for services rendered.

5. For Applicant's Final Application for Professional Compensation, the times and chronology of the Applicant's services rendered in the above-entitled proceedings for the period from June 1, 2011 through November 3, 2011, are scheduled in detail to the tenth of an hour and arranged *by natures* in attached **Exhibit B**. A copy of Exhibit B has been sent to the Debtor with a request for review of the details, and for objection, if any. The Debtor has not objected to any items listed, to any of the services rendered, nor to any of the fees requested.

6. Applicant's billing detail, arranged *by attorneys*, is attached as **Exhibit C**.

7. A brief description of the credentials of each employee of Forrest L. Ingram, P.C. for whom compensation is sought is attached as **Exhibit D**.

8. All services for which compensation is requested were in connection with these bankruptcy proceedings. All services performed after the commencement of the above-entitled proceedings were in connection with the performance of duties of the Debtor and Debtor in Possession as prescribed by the Bankruptcy Code or pursuant to orders of this Court.

9. Applicant requests the allowance of payment of compensation for legal services during the period June 1, 2011 through November 3, 2011 in the sum of $34,483.00, and $538.98 in reimbursable expenses.

5

10. The services rendered by Applicant were directly related and necessary to the preparation for and the administration of the chapter 11 case, including, but not limited to, drafting and filing motions on behalf of the Debtor and preparing the Debtor's Disclosure Statement and Plan.

11. **Hours of Services Sorted by Category or "Nature":** The attorneys and clerks of Forrest L. Ingram, P.C. provided a total of 132.7 hours of services during the current period. The hours, broken down by nature, are summarized in **Exhibit B**. They are as follows:

    a. **Admin**: Approximately 23.7 hours of time and services were rendered in connection with matters that were administrative in nature including, but not limited to, editing and revising Debtor's schedules, conferencing with the Debtor and IFIC about various issues in the chapter 11, reviewing and filing the Debtor's operating reports, and corresponding with various claimants to settle issues surrounding Debtor's Plan of Reorganization. For these services, Applicant seeks $6,015.00.

    b. **Adv**: Approximately 0.9 hours of time and services were rendered in connection with investigating the feasibility of bringing a cause of action against Safeway and appearing in court for the Debtor in connection with an adversary case against a claimant.  For these services, Applicant seeks $427.50.

    c. **CashC**: Approximately 2.7 hours of time and services were rendered in connection with matters relating to obtaining cash collateral for the Debtor including drafting and editing motions for continued use of cash collateral on the

Debtor's behalf and appearing in court on such motions. For these services, Applicant seeks $555.00.

d. **CM**: Approximately 0.2 hours of time and services were rendered in connection with contested matters including conferencing with counsel for creditors regarding possible settlement and court matters. For these services, Applicant seeks $50.00.

e. **CM(2004)**: Approximately 0.2 hours of time and services were rendered in connection with contested matters regarding the 2004 exam of the client. For these services, Applicant seeks $95.00.

f. **CM(5/3)**: Approximately 0.8 hours of time and services were rendered in connection with contested matters regarding correspondence with counsel for 5/3 bank and discussing matters pertaining to its claim. For such services, Applicant seeks $267.50.

g. **CM(Berry)**: Approximately 2 hours of time and services were rendered in connection with contested matters regarding Berry Electric's claim in the bankruptcy case and its mechanic's lien claim in state court. For such services, Applicant seeks $612.50.

h. **CM(EAI)**: Approximately 4.8 hours of time and services were rendered in connection with contested matters regarding Environmental Alternatives, Inc. including discussing, preparing, and appearing on Motion to Quash EAI's Notice of Deposition and corresponding with creditor's state court counsel. For such services, Applicant seeks $1,290.00.

i. **CM(IFIC):** Approximately 0.4 hours of time and services were rendered in connection with contested matters regarding International Fidelity Insurance Co. including discussing and appearing on IFIC's motion to compel acceptance or rejection of construction contract. For such services, Applicant seeks $190.00.

j. **CM(mechL):** Approximately 1.1 of time and services were rendered in connection with contested matters regarding state court mechanic's lien actions filed against M & J and corresponding with opposing counsel. For such services, Applicant seeks $387.50.

k. **CM(Riley):** Approximately 0.8 hours of time and services were rendered in connection with contested matters regarding Riley Electric including corresponding with opposing counsel and reviewing and modifying settlement documents. For such services, Applicant seeks $200.00.

l. **CM(Safe):** Approximately 2.7 hours of time and services were rendered in connection with contested maters regarding Safeway's Motion to Modify the Stay and correspondence concerning payment due from Safeway. For such services, Applicant seeks $720.00.

m. **Disc:** Approximately 25 hours of time and services were rendered in connection with discovery matters including, but not limited to, preparing discovery regarding Berry Electric claim, appearing for a Rule 2004 examination, and meeting with creditor's counsel and Debtor's officers regarding discovery matters. For these services, Applicant seeks $6,272.50.

n. **DS&P**: Approximately 39.7 hours of time and services were rendered in connection with Debtor's Disclosure Statement and Plan including, but not

8

limited to, amending Debtor's disclosure statement and plan, appearing in court in connection with Debtor's DS&P, preparing and reviewing ballots cast for/against Debtor's Plan, and handling objections to Debtor's DS&P. For such services, Applicant seeks $12,040.00.

o. **Fee**: Approximately 10.6 hours of time and services were rendered in connection with preparing Applicant's Second fee application and Final fee application for professional compensation and speaking with Debtor about Applicant's Second fee application and Final fee Application. For these services, Applicant seeks $2,211.00.

p. **Obj**: Approximately 5.5 hours of time and services were rendered in connection with analyzing and discussing objections to proofs of claim filed with the Court. For these services, Applicant seeks $1,510.00.

q. **Resrch(2004)**: Approximately 0.6 hours of time and services were rendered in connection with Research regarding Rule 2004 examinations. For such services, Applicant seeks $60.00.

r. **Resrch(DS&P)**: Approximately 10.1 hours of time and services were rendered in connection with Research regarding the absolute priority rule, "deemed acceptance", "new value" corollary, and procedures for cramdown under 1129. For such services, Applicant seeks $1,400.00.

s. **Resrch(mechL)**: Approximately 0.8 hours of time and services were rendered in connection with Research regarding pay-when-paid clauses in unexpired leases. For such services, Applicant seeks $132.00.

    t. **Trste**: Approximately 0.1 hours of time and services were rendered in connection with the trustee regarding the trustee's request for quarterly fees. For such services, Applicant seeks $47.50.

12. HOURS OF SERVICES SORTED BY ATTORNEYS AND CLERKS – The attorneys and clerks of Forrest L. Ingram, P.C. provided a total of approximately 132.7 hours of service, broken down by attorney, as indicated on **Exhibit C**. They are as follows:

    a. **Attorney Forrest L. Ingram** provided approximately 16.8 hours of service at $475.00 per hour, including all phases of the chapter 11 case.

    b. **Attorney Michael Ohlman** provided approximately 96.3 hours of service at $250.00 per hour, including all phases of the chapter 11 case.

    c. **Attorney Jack O'Connor**, provided approximately 5.8 hours of service at $165.00 per hour, including all phases of the chapter 11 case.

    d. **Attorney Brent Wilson**, provided approximately 1.4 hours of service at $165.00 per hour, including all phases of the chapter 11 case.

    e. **Legal Clerk Brent R. Wilson**, provided approximately 2.0 hours of service at $100.00 per hour, including all phases of the chapter 11 case.

    f. **Legal Clerk Andrew Meyer**, provided approximately 10.4 hours of service at $100.00 per hour, including all phases of the chapter 11 case.

13. Applicant's customary fee includes actual compensation for time and services, fixed overhead, salaries, and unallocable costs.

14. Applicant is seeking reimbursement of expenses in the amount of $538.98. An itemization of expenses is attached to this Application as **Exhibit E**.

15. This Application and a Notice of Hearing on the Final Application has been sent to the Debtor, to the U.S. Trustee, and to parties entitled to notice. A Notice of Hearing on this application has likewise been sent to all other creditors and parties of interest, along with a summary of all services provided by Debtor's counsel to the Debtor. A certificate of service for the Notice has been filed with the Clerk of the Court.

16. Objections to this Application may be made through written objection filed with the Clerk of this Court and served upon to Michael V. Ohlman, attorney for the Debtor, Forrest L. Ingram, P.C., 79 W. Monroe St., Suite 900, Chicago, Illinois 60603, Fax No. (312) 759-0298 on or before November 13, 2011.

17. This Court has jurisdiction over the subject matter pursuant to 28 U.S.C. § 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A).

**WHEREFORE,** Applicant respectfully requests that the Court conduct an appropriate hearing on Counsel's application and allow a reasonable fee to Debtor's Counsel in the sum of **$34,483.00** for services for the period from June 1, 2011 through November 3, 2011, and reimbursement of expenses in the sum of **$538.98**. Applicant asks for such other relief as may be appropriate.

> Respectfully submitted,
> FORREST L. INGRAM, P.C.
>
> /s/ Forrest Ingram
> One of the Debtor's Attorneys

Forrest L. Ingram #3129032
FORREST L. INGRAM, P.C.
79 W. Monroe, Suite 900
Chicago, IL 60603
(312) 759-2838
(312) 759-0298 fax

11