**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| M & J GENERAL CONTRACTORS, LTD. | ) | The Honorable Timothy A. Barnes |
| | ) | |
| | ) | |
| Debtor and Debtor in Possession. | ) | Case No. 10-50271 |
| | ) | |
| | ) | Hearing: March 26, 2013 at 10:30 a.m. |

## NOTICE OF MOTION

To:   See attached service list

PLEASE TAKE NOTICE that **March 26, 2013 at 10:30 A.M.,** the undersigned will appear before the Honorable Timothy A. Barnes, Bankruptcy Judge, in Courtroom 642, Dirksen Federal Building, 219 S. Dearborn, Chicago, Illinois, and then and there, on shortened notice, shall present the **Debtor's Motion for Final Decree Closing Chapter 11 Case,** a copy of which is enclosed herewith and served upon you.


                                                          /s/ Artur Zadrozny


Forrest L. Ingram, #3129032
Artur Zadrozny, #6308234
FORREST L. INGRAM P.C.
Michael V. Ohlman, #6294512
 79 West Monroe, Suite 900
Chicago, Illinois 60603
(312) 759-2838

## CERTIFICATE OF SERVICE

I, Artur Zadrozny, an attorney, certify that I have served a true and correct copy of the above and foregoing notice and the documents to which it refers on those whose names appear on the attached service list by electronic case filing, or by US Mail, as indicated on the list, on or before March 18, 2013.


                                                          /s/ Artur Zadrozny

1

# SERVICE LIST

**VIA CM/ECF**

**Office of the United States Trustee**
**Northern District of Illinois**
219 S. Dearborn St., Room 873
Chicago, IL 60604

**ABC Townson, Inc**
c/o Deutsch, Levy & Engel, Chtd
Margery Newman, Esq.
225 W. Washington Street
Suite 1700
Chicago, IL 60606

**American Express Travel Related Services Company, Inc.**
c/o Kenneth Kleppinger
Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

**John Lopez**
c/o David J Lynam
Lynam & Associates
1 North LaSalle Ste 3100
Chicago, IL 60602

**Berry Electric Contracting Co., Inc.**
c/o Joel A Schechter, ESQ
Law Offices Of Joel Schechter
53 W Jackson Blvd Ste 1522
Chicago, IL 60604

**Chesapeake Sprinkler Company**
c/o Leah V Lerman
6411 Ivy Lane Suite 200
Greenbelt, MD 20770

**Fifth Third Bank (Chicago)**
Dykema Gossett
c/o Richard Bendix/Maria Diakoumakis
10 S. Wacker Drive, Suite 2300
Chicago, IL 60606

**HSBC Bank Nevada, N.A.**
C/O Bass & Associates, P.C.
3936 E. Ft. Lowell Rd., Suite 200
Tucson, AZ 85712

**V-NP Properties LLC**
Lisbeth R Horowitz
1420 Spring Hill Rd Suite 335
McLean, VA 22102

**IFIC**
T. Scott Leo, Michael J Dudek
Leo & Weber, P.C.
1 N. LaSalle St. #3600
Chicago, IL 60602

**Environmental Alternatives, Inc.**
**Latchman Electrical Control, Inc.**
**RB Keystone**
c/o John S. Delnero
K&L Gates LLP
70 West Madison Street
Suite 3100
Chicago, IL 60602

**Nesco**
c/o Thomas V Askounis
Askounis & Darcy, PC
401 North Michigan Ave. Suite 550
Chicago, IL 60611

**Riley Electric Inc**
Kevin A Guerke
Seitz, Van Ogtrop & Green PA
222 Delaware Avenue Suite 1500
Wilmington, DE 19801

**Safeway, Inc.**
c/o David A. Newby
Coman & Anderson, PC
2525 Cabot Drive, Suite 300
Lisle, IL 60532

**A&A Masonry, ATS, Floor Systems Inc**
**Gordon Contractors Inc, Iacobini Outside Limited, Overhead Door**
Brian M. Graham
Pedersen & Houpt
161 North Clark Street Suite 3100
Chicago, IL 60601

<u>VIA US MAIL</u>

**M & J General Contractors, Ltd.**
860 Summit St., Ste 232
Elgin, Illinois 60120-0000

**Internal Revenue Service**
230 South Dearborn
Room 2600, M/S 5014CHI
Chicago, Illinois 60604

**Hardesty, Inc.**
10620-F Riggs Hill Road
Jessup, MD  20794-9431

**James Ballard Plumbing**
c/o James R. Ballard
12071 Tech Road
Silver Springs, MD 20904-7864

**Kysor/Warren**
4201 North Beach Street
Fort Worth TX 76137-0000

**Mawike & Goisman, S.C.**
1509 N. Prospect Avenue
Milwaukee, WI 53202

**Al's Towing & Storage**
c/o John A. Boneta & Associates PLLC
258 North Washington
Falls Church, VA 22046-1951

**Alliance Services Group**
c/o Robert Baldassari
10261 Franklin Ave.
Franklin Park, IL 60131

**Allied Trailers Sales & Rentals**
c/o Bethesda Service Company, Inc.
4416 East-West Highway, 4th Floor
Bethesda, MD 20814

**B & J Sweeping**
c/o Barbara Kestner
12913 Eastern Ave.
Middle River, MD 21220

**Blake Steel, Inc.**
c/o Richard Blake
2035 Devere lane
Catonsville, MD 21228

**Bunting Doors**
c/o Resagent, Inc.
7 St. Paul Street
Baltimore, MD 21202

**CMC Supply, Inc.**
c/o Matthew Broughton
10 Franklin Rd. SE
Roanoke, VA 24011

**Commonwealth of Pennsylvania**
**Bureau of Individual Taxes**
PO BOX 280502
Harrisburg, PA 17128-0502

**Virginia Department of Taxation**
PO BOX 2156
Richmond VA  23218-2156

**Comptroller of Maryland**
301 West Preston Street Room 409
Baltimore MD  21201

**CLC of Washington DC**
14080-G Sullyfield Circle
Chantilly, VA 20151-1623

**Cooper Electrical Contractors, Inc.**
12400 Hunters Grove Road
Manassas, VA 20112-3449

**Custom Crete**
c/o Francis Discipio
1200 Harger Rd., Suite 500
Oak Brook, IL 60523

**DB, Inc.**
c/o Bobby Doyle
3582 Liberty Chapel Rd.
Appamatox, VA 24522

1

**D.C. Office of Tax and Revenue**
PO BOX 37559
Washington D.C. 20013-7559

**Dominion Virginia Power**
P.O. BOX 26666 18th Floor
Richmond VA 23261-6666

**Encon**
c/o Donald E. Coulter, Esq.
7900 Sudley Road, Suite 608
Manassas, VA 20109-2806

**F.V. Fleck, Co.**
c/o George S. Lawler
One W. Pennsylvania Ave.
Towson Commons, Suite 300
Towson, MD 21204

**Fellows Plumbing**
c/o Larry Fellows
8602 Water Street Road
Walkersville, MD 21793

**Fence Connection**
c/o James Rubush, Jr.
8057 Veterans Highway
Millersville, MD 21108

**Fox Valley Medical Professional**
736 Western Ave, Suite 398
Lake Forest  IL 60045-1820

**G&M Services, LLC**
c/o Christopher A. Gilliam
12104 Myra Place
Bowie, MD 20715

**G.A. Largent**
c/o David McLaughlin
112 South Centre Street
Cumberland, MD 21502

**Grass Roots**
c/o Deborah S. Cook
501 W. Central Ave.
Davidsonville, MD 21035

**H&H Energy Systems, Inc.**
c/o Bethel Vernon Hunley, Jr.
8725 Cooksey Rd.
La Plata, MD 20646

**HD White Cap Construction Supply**
c/o Corporate Creations Network, Inc.
11380 Prosperity Farms Rd., #221E
Palm Beach Gardens, FL 33410

**Harford Refrigeration, Co., Inc.**
7915 Philadelphia Road
PO BOX 70030
Rosedale, MD 21237-6030

**IBTS**
c/o Lee I. Sherman
3549 Newland Rd.
Baltimore, MD 21218

**Ill Dept of Employment Security**
33 South State Street
Chicago, Illinois 60603-2808
Attn: Bankruptcy Unit – 10th Floor

**Illinois Dept. of Revenue**
PO BOX 64338
Chicago, Illinois 60664-0338

**Innovative Surfaces**
c/o Keri Kirsch
727 Baumgardner Rd.
Lancaster, PA 17603

**M&N Professional**
c/o Ignacio Chevez
6821 Perry Rd.
Baltimore, MD 21236

**M. Stancliff Construction**
c/o William V. Meyers
6801 Kenilworth Ave., Suite 400
Riverdale, MD 20737

**Mercedes Custom Painting**
1036 Salisbury Court
Sterling, VA 20164

2

**Mueller Doors**
c/o Susan Poplar
330 East Main Street, Suite 207
Barrington, IL 60010

**MegaPath, LLC**
PO BOX 120324
Dallas, Texas 75312-0324

**Murphy Concrete & Asphalt**
c/o Ronald Murphy
10210 B Marsh Road
Bealeton, VA 22712

**New Line Electric**
c/o William Weber, Jr.
608 Poole Rd.
Westminster, MD 21157

**Overhead Door of Baltimore**
Charles Yumkas, Esq
Offit Kurman, PA
8 Park Center Court, Suite 200
Owings Mills, MD 21117-5616

**Partitions Plus**
c/o David Gross
1927 Pleasantville Rd.
Forest Hill, MD 21050

**Pepco**
PO BOX 4863
Trenton, NJ 08650-4863

**R&J Professional Cleaning Service**
19232 Sherwood Green Way
Gaithersburg MD 20879

**Roberts Oxygen Co., Inc.**
c/o The Corporation Trust Incorporated
351 W. Camden Street
Baltimore, MD 21201

**Robey, Inc.**
c/o Robey Construction Solutions, LLC
1634 Old Westminster Pike, Suite #2
Westminster, MD 21157

**Royals Commercial Services, Inc.**
c/o Landon Royals
212 Najoles Rd., Suite A
Millersville, MD 21108

**Shoreline Consulting Group Ltd**
**Robert F Knowles**
520 North Kingsbury St 4404
Chicago, IL 60654

**Safway**
9155 Whiskey Bottom Road
Laurel, MD 20723-1398

**Site Rite Surveying**
c/o Ervin J. Brodsky
210 W. Pennsylvania Ave., Suite 320
Towson, MD 21204

**Verizon**
1515 E. Woodfield Road Suite 1440
Schaumburg, IL 60173-5497

**Vienna Glass**
c/o C. Ronald Glaze
7873 Coppermine Dr.
Manassas, VA 20109

**WSSC**
14501 Sweitzer Lane
Laurel, MD 20707

**West Sheet Metal, Inc.**
c/o Allen West, Jr.
1311 E. Beech Rd.
Sterling, VA 20164

**Whiteford, Taylor & Preston, LLP**
Dennis J. Shaffer, Esq
7 St. Paul Street
Baltimore, MD 21202-1626

**Washington Gas**
PO BOX 37747
Philadelphia, PA 19101-5047

3

**Site Rite Surveying**
200 East Joppa Rd. Suite 101
Towson, MD  21286-3106

**Bayard PA**
222 Delaware Ave 9th Floor
PO Box 25130
Wilmington, DE 19899-5130

**Stanley Automatic Doors**
65 Scott Swamp Road
Farmington, CT 06032-2803

**State of New Jersey**
**Division of Taxation Bankruptcy**
PO BOX 245
Trenton, NJ  08646-0245

**State of West Virginia**
**State Tax Department**
PO BOX 2745
Charleston, WV 25330-2745

4

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| M & J GENERAL CONTRACTORS, LTD. | ) | The Honorable Timothy A. Barnes |
| | ) | |
| Debtor and Debtor in Possession. | ) | Case No. 10-50271 |
| | ) | |
| | ) | Hearing: March 26, 2013 at 10:30 a.m. |
| | ) | |

**DEBTORS' MOTION FOR FINAL DECREE CLOSING CHAPTER 11 CASE**

NOW COMES the Debtor and Debtor in Possession M & J General Contractors, Ltd. (the "Debtor"), by and through its attorneys at Forrest L. Ingram, P.C., and move this Honorable Court to close this case. In support of its motion the Debtor states as follows:

1. On November 10, 2010, the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

2. The Debtors remain in possession of their assets and continue to conduct their affairs pursuant to 11 U.S.C. §§ 1107 and 1108.

3. On November 3, 2011, after due notice to all creditors and parties in interest, this Court held a hearing on confirmation of Debtor's Fifth Amended Plan of Reorganization and, at that hearing, confirmed the Debtor's Plan.

4. On March 18, 2013, the Debtors filed with this Court the status report of initial payments under the Plan in accordance with Rule 2015 indicating that the Debtors are currently executing their Plan as confirmed by this Court.

5. The post-confirmation status date was continued by this Court to March 26, 2012 at 10:30 a.m. The Debtor has set this motion for that date and time.

5

**WHEREFORE**, the Debtor requests that this Court enter an Order closing the case and for such other relief this Court deems just.

Dated: March 18, 2013                                  Respectfully submitted,
                                                       M & J GENERAL CONTRACTORS, LTD.

                                                       By:    /s/  Artur Zadrozny
                                                              One of its attorneys

Forrest L. Ingram, #3129032
Artur Zadrozny, #6308234
FORREST L. INGRAM, P.C.
Michael V. Ohlman, #6294512
79 W. Monroe St., Suite 900
Chicago, IL 60603
(312) 759-2838

6